

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 1007*

March 11, 2024

**BY EMAIL**
The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**  *United States v. John Mattera*, 24 Cr. 117 (LAP)
   *United States v. John Mattera*, 12 Cr. 127 (RJS)

Dear Judge Sullivan and Judge Preska:

   The Government provides this letter pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.6 to bring to your attention potential overlap between cases assigned to the Court.

   Defendant John Mattera, who was recently arrested in connection with the securities fraud charged in 24 Cr. 117, pending before Judge Preska, is currently on supervised release in a case pending before Judge Sullivan, 12 Cr. 127. The Probation Department has filed a violation of supervised release petition in 12 Cr. 127 in connection with the conduct underlying the indictment in 24 Cr. 117.  Judge Sullivan issued an arrest warrant based on that petition, and the defendant was arrested on Friday, March 8, 2024, on that warrant. He will be presented in the Southern District of Florida on Monday, March 11, 2024, on both the violation of supervised release and indictment. The Government intends to seek the defendant's detention.

Page 2

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                              By:   /s/
                                  Matthew R. Shahabian
                                  Assistant United States Attorney
                                  (212) 637-1046

cc:    Fred Schwartz, Esq. (by email)
        U.S.P.O. Michel Estreicher (by email)

```
The Court is in receipt of the government's March 11, 2024
letter – submitted via email – alerting the Court to the
potential overlap between Case Nos. 12-cr-127 and 24-cr-117,
pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule
1.6.  The parties are informed that the undersigned will
continue to preside over Case No. 12-cr-127, and Case No. 24-
cr-117 will remain assigned to Judge Preska.  IT IS HEREBY
ORDERED THAT the government shall file a letter, no later
than April 10, 2024, regarding the status of Defendant's case
in the Southern District of Florida and the anticipated
timing for Defendant's transfer to the Southern District of
New York, so that Defendant may be presented on the
violations alleged in the Probation Department's March 1,
2024 petition.




SO ORDERED.                        _____
March 27, 2024                     RICHARD J. SULLIVAN
                                   United States Circuit Judge
                                   Sitting by Designation
```